NUMBER
13-09-00096-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

JOSE
VALDEZ,                                                                              Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 347th District Court 

of Nueces County,
Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

Before Justices Yañez, Garza, and
Benavides

Memorandum Opinion
Per Curiam

 

Appellant,
Jose Valdez, was convicted of aggravated sexual assault.  On February 18, 2010,
appellant filed a notice of appeal by and through his appointed counsel.  Appellant’s
counsel has filed a motion to dismiss the appeal.  According to the motion,
appellant is not able to read and has returned counsel’s letters unopened. 
Appellant has advised counsel of his desire to withdraw his appeal by telephone
on September 8, 2010, but when counsel asked if appellant would sign a form
stating his desires, appellant responded that he could not read the form and
did not trust anyone to read it to him.

Although
no written motion has been filed in compliance with Rule 42.2(a) of the Texas
Rules of Appellate Procedure, we conclude that good cause exists to suspend the
operation of Rule 42.2(a) in this case in accordance with Rule 2.  See Tex. R. App. P. 2.  Based upon
counsel’s sworn statements, counsel’s motion is granted and the appeal is
DISMISSED.    

PER
CURIAM

Do not publish.  

Tex. R. App.
P. 47.2(b).  

Delivered and filed the

23rd day of September, 2010.